IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| RICHARDS M. BOYCE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 06-4117-CV-C-SOW |
| MOBERLY PUBLIC SCHOOL DISTRICT, et al., | ) ) ) ) |
| Defendants. | ) ) |

ORDER

It has come to the Court's attention that due to a clerical error plaintiff counsel has not been receiving any notices in this case. Accordingly, it is hereby

ORDERED that the Court's June 20, 2006 Order transferring this case to the Eastern District of Missouri is vacated. It is further

ORDERED that the Clerk of Court is directed to reopen this case. It is further

ORDERED that plaintiff shall have 30 days from the date the case is reopened to file objections to the pending motions.

/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: August 8, 2006